FILED
06/19/2023
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0726

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0726

IN THE MATTER OF:

H.L.B.,

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time to respond to her counsel's *Anders* motion to withdraw, and good cause appearing therefore, Appellant is granted an extension of time until July 21, 2023, to prepare and serve a response to the *Anders* motion.

No further extensions will be granted.

DATED this 19 day of June, 2023.

For the Court,

Chief Justice